**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CONFECTIONERY ARTS INTERNATIONAL, LLC,<br>　　　　　　Plaintiff<br><br>　　　v.<br><br>SUNFLOWER SUGAR ART USA, INC., ET AL,<br>　　　　　　Defendants | Civil Action No.: 3:17-cv-00108-AVC |

## NOTICE OF APPEARANCE

Please enter my Appearance as counsel for Sunflower Sugar Art USA, Inc. in the above-captioned matter.

Dated:　　　June 27, 2018　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　THE DEFENDANT,
　　　　　　　　　　　　　　　　　　SUNFLOWER SUGAR ART USA, INC.,
　　　　　　　　　　　　　　　　　　BY ITS ATTORNEY,

　　　　　　　　　　　　　　　　　　/s/ N. Kane Bennett
　　　　　　　　　　　　　　　　　　N. Kane Bennett ct20988
　　　　　　　　　　　　　　　　　　Aeton Law Partners LLP
　　　　　　　　　　　　　　　　　　101 Centerpoint Drive, Suite 105
　　　　　　　　　　　　　　　　　　Middletown, CT 06457
　　　　　　　　　　　　　　　　　　T: (860) 724-2163
　　　　　　　　　　　　　　　　　　F: (860) 724-2161
　　　　　　　　　　　　　　　　　　nkb@aetonlaw.com

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      /s/ N. Kane Bennett
      N. Kane Bennett