UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CONFECTIONERY ARTS** | : | |
| **INTERNATIONAL, LLC,** | : | |
| | : | 17 Civ. 00108 (AVC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| **SUNFLOWER SUGAR ART USA,** | : | |
| **INC. and JOHN DOES 1-10** | : | |
| | : | |
| Defendants. | : | |
| | : | |

**MOTION TO WITHDRAW APPEARANCE**

    The undersigned counsel, pursuant to D. Conn. L. Civ. R. 7(e), requests that she be permitted to withdraw as counsel for Defendant Sunflower Sugar Art USA Inc. ("Sunflower"). In support of this motion, undersigned represents that there is good cause as Defendant Sunflower has retained new counsel.

Respectfully submitted,
/s/ <u>Kathryn R. Sylvester</u>
Kathryn R. Sylvester
P.O. Box 5076
Woodbridge, CT, 06525-0376

**July 2, 2018**

**Cc:  all counsel by CM/ECF**