IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONFECTIONERY ARTS INTERNATIONAL, LLC,<br>     Plaintiff<br><br>v.<br><br>SUNFLOWER SUGAR ART USA, INC., ET AL,<br>     Defendants | Civil Action No.: 3:17-cv-00108-KAD |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and for the reasons enumerated in the accompanying Memorandum, the Parties jointly move this Court to modify the Scheduling Order. This is the Parties' second request to modify the Scheduling Order. The Parties do not need to move the trial ready date. However, the Parties need additional time to complete certain discovery and request the following amended deadlines:

- Fact Discovery to Be Completed by 10/26/18
- Dispositive Motions Due by 11/21/18

The Parties believe that granting of the present motion will not disrupt the schedule for trial and will ensure that the Court will have before it an appropriately complete factual record on which to decide the important issues in this case.

Dated:  September 21, 2018

Respectfully Submitted,


/s/ N. Kane Bennett
N. Kane Bennett ct20988
Aeton Law Partners LLP
101 Centerpoint Drive, Suite 105
Middletown, CT 06457
T: (860) 724-2163
F: (860) 724-2161
nkb@aetonlaw.com
  *Attorneys for Defendant, Sunflower Sugar Art USA, Inc.*

s/Nike V. Agman
Nike V. Agman, Bar No. ct28172
Law Office of Nike V. Agman
360 Bloomfield Avenue, Suite 301
Windsor, CT 06095
Tel: (860) 607-3237
Fax: (860) 607-3201
nike.agman@comcast.net

/s/Daniel R. Cooper
Daniel R. Cooper, Bar No. ct30240
Cooper & Kurz
170 Eden Road
Stamford, CT 06907
Tel: (203) 3224852
Fax: (203) 329-7881
kurzcooper@att.net
*Attorneys for Plaintiff, Confectionery Arts International LLC*