IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONFECTIONERY ARTS INTERNATIONAL, LLC,<br>           Plaintiff<br><br>v.<br><br>SUNFLOWER SUGAR ART USA, INC., ET AL,<br>           Defendants | Civil Action No.: 3:17-cv-00108-KAD |

**MEMORANDUM IN SUPPORT OF
JOINT MOTION TO MODIFY SCHEDULING ORDER**

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, a scheduling order "may be modified only for good cause and with the judge's consent." Good cause exists here because more time is needed for the Parties to collaboratively sort out remaining discovery issues and ensure an orderly production and completion of fact discovery. The trial ready date will not need to be moved and the additional time will permit the Parties to accommodate scheduling with the following relevant deadlines:

- Fact Discovery to Be Completed by 10/26/18

- Dispositive Motions Due by 11/21/18

On September 21, 2018, the Parties met and conferred about the status of the case and have jointly arrived at the proposed modification to permit the Parties the additional time needed for scheduling purposes and for discovery responses. The Parties' joint proposed modified schedule will ensure that the Court will have before it an appropriately complete factual record on which to

decide the important issues in this case. It will also allow Defendant sufficient time to complete its discovery and respond to Plaintiff's discovery requests.

As the Parties have jointly moved the Court for this modification of the scheduling order, the Court should find that neither party will be prejudiced by such an extension and as there is good cause, the Court should grant the Parties' Joint Motion to Modify the Scheduling Order.

Dated:	September 21, 2018	Respectfully Submitted,


/s/ N. Kane Bennett
N. Kane Bennett ct20988
Aeton Law Partners LLP
101 Centerpoint Drive, Suite 105
Middletown, CT 06457
T: (860) 724-2163
F: (860) 724-2161
nkb@aetonlaw.com
	*Attorneys for Defendant,
Sunflower Sugar Art USA, Inc.*

s/Nike V. Agman
Nike V. Agman, Bar No. ct28172
Law Office of Nike V. Agman
360 Bloomfield Avenue, Suite 301
Windsor, CT 06095
Tel: (860) 607-3237
Fax: (860) 607-3201
nike.agman@comcast.net

/s/Daniel R. Cooper
Daniel R. Cooper, Bar No. ct30240
Cooper & Kurz
170 Eden Road
Stamford, CT 06907
Tel: (203) 3224852
Fax: (203) 329-7881
kurzcooper@att.net
*Attorneys for Plaintiff, Confectionery Arts International LLC*