UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Confectionery Arts International, LLC, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 3:17-cv-00108 KAD |
| | ) | |
| Sunflower Sugar Art USA, Inc., | ) | |
| | ) | |
| Defendant. | ) | October 31, 2018 |

**JOINT STATUS REPORT**

Pursuant to the Court's Order on Reassigned Cases dated October 17, 2018, Plaintiff

Confectionery Arts International, LLC and Defendant Sunflower Sugar Art USA, Inc.

respectfully submit this Joint Status Report.

**STATUS OF DISCOVERY**
**Plaintiff's Statement:**

Plaintiff has substantially completed its production of documents to Defendant,

comprising over 10,000 pages.  Plaintiff does not expect to serve Defendant with additional

document requests, interrogatories, or requests for admission.  Plaintiff has noticed Defendant's

30(b)(6) deposition and awaits scheduling of same. Plaintiff expects to serve at least one

subpoena *duces tecum* on a third party believed to possess relevant, discoverable information.

Plaintiff does not expect to notice any additional depositions.

**Defendant's Statement:**

Defendant has substantially completed its production of documents and responses to

interrogatories. Defendant continues to search for responsive documents to be produced to

Plaintiff. Defendant has noticed Plaintiff's 30(b)(6) deposition and awaits scheduling of same. Defendant expects to serve at least one or two subpoena duces tecum on third-parties believed to possess relevant, discoverable information.

**OUTSTANDING MOTIONS**

The Parties filed a Joint Motion to Modify Scheduling Order on October 31, 2018 for the purpose of extending the close of discovery and the time to file dispositive motions.

**SETTLEMENT DISCUSSIONS AND REFERRAL TO MAGISTRATE**

The Parties briefly discussed settlement early in the litigation, but are not currently engaged in settlement discussions.

**Plaintiff's Statement:** Plaintiff is amenable to referral to a Magistrate Judge for the purpose of settlement.

**Defendant's Statement**: Defendant is not amenable to referral to a Magistrate Judge for the purpose of settlement at this time. Defendant will reevaluate this position at the close of the scheduling order.

**TRIAL READINESS AND REFERRAL TO MAGISTRATE**

The Parties do not consent to a trial before a Magistrate Judge. The matter is not yet trial ready. The Parties are currently near the close of fact discovery, but expect to be trial ready in March of 2019.

Dated: October 31, 2018                    Respectfully submitted,


/s/Nike V. Agman                           /s/ N. Kane Bennett
Nike V. Agman, Bar No. ct28172             N. K Bennett ct 20988
Law Office of Nike V. Agman                Dean Hanafin
360 Bloomfield Avenue, Suite 301           Aeton Law Partners LLP
Windsor, CT 06095                          101Centerpoint Drive, Suite 105
Tel: (860) 607-3237                        Middletown, CT 06457
Fax: (860) 607-3201                        T: (860) 724-2163
nike.agman@comcast.net                     F: (860) 724-2161
                                           nkb@aetonlaw.com
Daniel R. Cooper, Bar No. ct30240
Cooper & Kurz                              *Attorneys for Defendant*
170 Eden Road                             *Sunflower Sugar Art USA, Inc.*
Stamford, CT 06907
Tel: (203) 3224852
Fax: (203) 329-7881
kurzcooper@att.net


*Attorneys for Plaintiff*
*Confectionery Arts International LLC*

3