UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Confectionery Arts International, LLC,   )<br>   )<br>   Plaintiff/Counterclaim Defendant,   )<br>   )<br>v.   )<br>   )<br>Sunflower Sugar Art USA, Inc.,   )<br>   )<br>   Defendant/Counterclaim Plaintiff.   ) | Civil Action No. 3:17-cv-00108 (KAD)<br><br>December 22, 2018 |

### MOTION TO SET ASIDE AMENDED COUNTERCLAIM AND/OR PARTIAL MOTION TO DISMISS, OR STRIKE COUNT II THEREOF

Plaintiff/Counterclaim Defendant Confectionery Arts International, LLC ("CAI") moves the Court to set aside the "Counterclaim" filed by Defendant/Counterclaim Plaintiff Sunflower Sugar Art USA, Inc. ("Sunflower") as untimely filed and filed without leave of Court to amend the pleadings. Additionally, or in the alternative, CAI moves to dismiss, or to strike, the newly alleged Count II of the "Counterclaim" (hereinafter "Amended Counterclaim") pursuant to Rule 12(b)(6) for failure to state a claim upon which can be granted, and for failure to plead fraud with particularity pursuant to Rule 9 of the Federal Rules of Civil Procedure.

The grounds for the motion are more fully set forth in the accompanying memorandum of law in support of the motion. CAI respectfully requests that its motion be granted and that Sunflower's Amended Counterclaim be stricken, with Sunflower's original Counterclaim be deemed the operative counterclaim of Sunflower in this case.

Respectfully Submitted,

Confectionery Arts International, LLC

By:   /s/ Daniel R. Cooper
      Daniel R. Cooper, Bar No. ct30240
      Cooper & Kurz
      170 Eden Road
      Stamford, CT 06907
      Tel. 203-322-4852
      Fax. 203-329-7881
      kurzcooper@att.net

      Nike V. Agman, Bar No. ct28172
      Law Office of Nike V. Agman
      360 Bloomfield Avenue, Suite 301
      Windsor, CT 06095
      Tel. 860-607-3237
      Fax. 860-607-3201
      nike.agman@comcast.net

      *Attorneys for Plaintiff*
      *Confectionery Arts International, LLC*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on December 22, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, and by e-mail to counsel for the parties. Parties may access this filing through the Court's CM/ECF System.

                                            __/s/ Daniel R. Cooper__
                                            Daniel R. Cooper
                                            Cooper & Kurz
                                            170 Eden Road
                                            Stamford, CT 06907
                                            Tel. 203-322-4852
                                            Fax. 203-329-7881
                                            kurzcooper@att.net