### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONFECTIONERY ARTS INTERNATIONAL, LLC,<br>                           Plaintiff<br><br>v.<br><br>SUNFLOWER SUGAR ART USA, INC.<br>                           Defendant | Civil Action No.: 3:17-cv-00108-KAD |

**JOINT MOTION FOR CLARIFICATION OF THE SCHEDULING ORDER**

The parties hereby jointly move the Court for clarification of the existing Scheduling Order. In particular, the Parties seek the Court's guidance regarding the outstanding dispositive motion deadline and the trial brief and trial ready deadlines.

On July 31, 2018, the Court (Hon. J. Covello) set the trial brief deadline as February 14, 2019 and the trial ready date as March 14, 2018. (Doc. No. 30) The Parties participated in a status conference conducted with the Court (Hon. J. Dooley) on November 30, 2018. The purpose of the conference was to discuss outstanding discovery and scheduling issues. During the conference the Court set various deadlines related to the discovery disputes pending between the Parties. (Doc. No. 48) The Parties filed the necessary pleadings regarding the issues discussed with the Court. In addition to the discovery motion deadlines, the Court indicated that the dispositive motion deadline of December 12, 2018, would be set after the close of expert discovery.

The Parties are scheduled to participate in a settlement conference on February 28, 2019. The trial brief deadline of February 14, 2019 and the trial

ready deadline of March 14, 2019 currently fall on opposite sides of this scheduled settlement conference. (Doc. No. 67)

These deadlines put the Parties in the awkward position of providing the Court with an extensive trial brief and beginning trial preparations while in the midst of complying with the Court's settlement conference order and procedures. In addition, various issues remain outstanding that will impact the Parties' trial strategies and thereby the Parties' trial briefs. These include the Court's decisions on various discovery disputes between the Parties and issues regarding the Defendant's Counterclaim previously discussed at the November 30, 2018 status conference.

Moreover, if the settlement conference is unsuccessful and this case does not settle, the Court has yet to accept briefs and hear argument on motions for summary judgment.

Given the above, and in light of the important unresolved issues, the Parties seek clarification from the Court as to how to proceed with the impending trial brief and trial ready deadlines and any potential dispositive motion deadline.

Dated:	February 12, 2018		Respectfully Submitted,

/s/ Dean A. Hanafin
Dean A. Hanafin ct30130
Aeton Law Partners LLP
101 Centerpoint Drive, Suite 105
Middletown, CT 06457
T: (860) 724-2163
F: (860) 724-2161
Dean@aetonlaw.com
*Attorneys for Defendant, Sunflower Sugar Art USA, Inc.*

3

/s/Nike V. Agman
Nike V. Agman, Bar No. ct28172
Law Office of Nike V. Agman
360 Bloomfield Avenue, Suite 301
Windsor, CT 06095
Tel: (860) 607-3237
Fax: (860) 607-3201
nike.agman@comcast.net

/s/Daniel R. Cooper
Daniel R. Cooper, Bar No. ct30240
Cooper & Kurz
170 Eden Road
Stamford, CT 06907
Tel: (203) 3224852
Fax: (203) 329-7881
kurzcooper@att.net
*Attorneys for Plaintiff, Confectionery Arts International LLC*

3