UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Confectionery Arts International, LLC, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 3:17-cv-00108 KAD |
| | ) | |
| Sunflower Sugar Art USA, Inc., | ) | |
| | ) | |
| Defendant. | ) | March 7, 2019 |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated February 14, 2019, Plaintiff Confectionery Arts International, LLC and Defendant Sunflower Sugar Art USA, Inc. respectfully submit this Joint Status Report.

On February 28, 2019, the Parties participated in a Settlement Conference before Magistrate Judge Merriam. While the Parties made progress toward settlement, they were unable to reach resolution of the matter and have agreed to continue ongoing settlement efforts with the assistance of the Court. The Court will conduct separate *ex parte* settlement conferences with Parties' counsel on March 15, 2019.

The Parties have not agreed on proposed deadlines for Dispositive Motions, the Trial Brief or the Trial Ready date and thus provide their proposals separately below.

**Plaintiff's Statement:**

Plaintiff proposes the following deadlines:

Dispositive Motions due on or before May 15, 2019

Trial Brief due on or before July 15, 2019

Trial Ready date of September 3, 2019.

Plaintiff expects to file at least one Daubert Motion prior to its proposed Dispositive Motion deadline.

**Defendant's Statement:**

Defendant proposes the following deadlines:

Dispositive Motions due on or before August 16, 2019

Trial Brief due on or before November 15, 2019

Trial Ready date of December 16, 2019.


Dated: March 7, 2019                         Respectfully submitted,


/s/Nike V. Agman                             /s/ Dean Hanafin
Nike V. Agman, Bar No. ct28172               N. K Bennett ct 20988
Law Office of Nike V. Agman                  Dean Hanafin
360 Bloomfield Avenue, Suite 301             Aeton Law Partners LLP
Windsor, CT 06095                            101Centerpoint Drive, Suite 105
Tel: (860) 607-3237                          Middletown, CT 06457
Fax: (860) 607-3201                          T: (860) 724-2163
nike.agman@comcast.net                       F: (860) 724-2161
                                             nkb@aetonlaw.com
Daniel R. Cooper, Bar No. ct30240
Cooper & Kurz                                *Attorneys for Defendant*
170 Eden Road                                *Sunflower Sugar Art USA, Inc.*
Stamford, CT 06907
Tel: (203) 3224852
Fax: (203) 329-7881
kurzcooper@att.net

*Attorneys for Plaintiff*
*Confectionery Arts International LLC*